IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LAURA K. WHALEN,      ) | |
|     Plaintiff,      ) | |
|              ) | |
| v.      ) | CIVIL ACTION 1:21-00503-KD-N |
|              ) | |
| TOYOTA MOTOR SALES, USA, INC.,      ) | |
|     Defendant.      ) | |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 28) made under S.D. Ala. GenLR 72(b) and dated January 9, 2023, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Plaintiff Laura K. Whalen's Complaint (Doc. 1) is **DISMISSED without prejudice** for failure to prosecute, under Fed.R.Civ.P. Rule 41(b) and the Court's inherent authority, as no other lesser sanction will suffice.

**DONE** and **ORDERED** this the **6th** day of **February 2023.**

                                              /s/ Kristi K. DuBose
                                              **KRISTI K. DuBOSE**
                                              **UNITED STATES DISTRICT JUDGE**