# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| LAURA K. WHALEN, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION 1:21-00503-KD-N |
| | ) |
| TOYOTA MOTOR SALES, USA, INC., | ) |
|     Defendant. | ) |

## JUDGMENT

In accordance with the Order issued on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff Laura K. Whalen's Complaint (Doc. 1) is **DISMISSED without prejudice** for failure to prosecute, under Fed.R.Civ.P. Rule 41(b) and the Court's inherent authority, as no other lesser sanction will suffice.

**DONE** and **ORDERED** this the **6th** day of **February 2023.**

                                                /s/ Kristi K. DuBose
                                                **KRISTI K. DuBOSE**
                                                **UNITED STATES DISTRICT JUDGE**